A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAIME ISAI LOCON CORDERO<br>　　　　　Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et al,<br><br><br>　　　　　Respondents. | Civil Action No. 25-cv-12802-IT |

**DECARATION OF JAIME ISAI LOCON CORDERO.**

I, Jaime Isai Locon Cordero, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1.  My name is Jaime Isai Locon Cordero. I was born February 26, 1989 in El Progreso Guatemala.

2.  On September 27, 2025, I was on my way to work. I had gone through Milford and was going up the hill. I was going down a street where there were no businesses or houses. I saw lights behind me around 9:30am and I pulled over to get out of their way, but I did not think it was for me. Very quickly, three cars surrounded me, one in front, one on the side, and one behind me. None of the cars had any logo. There were four masked people in vests that said "ERO." Three men and one woman. I called my brother-in-law and could only say "ICE is stopping me." I tried to record them. I think they stopped me there so they could do whatever they wanted without anyone seeing or cameras.

3.  They came up to my car and asked if I was "legal or illegal." I was worried that they were going to break my window because I have seen videos of ICE doing that. I opened my

1

door to talk to them. The agents pulled it open, pulled me out of the car and grabbed my phone, spun me around, and shoved me against my car door and held me there. I told them that I was legal and I had my work permit, social security card, and license in my pocket. They said it didn't matter to them. They kept pushing my face up against my car. I asked them why they were treating me that way when I wasn't resisting. The officer threw my documents on the ground and left them there.

4. I didn't know why they were being so aggressive when I was doing what they asked and was telling them I would not resist and that I had documents. They handcuffed me and the handcuffs were very tight.

5. I kept trying to tell them that I was legal and that I had my papers with me. A Brazilian officer told me in Spanish "be quiet and do what we say." They said it did not matter that I had documents and said that I was illegal. I tried to tell them that I was a father of six, but they didn't care. They just wanted to arrest me no matter what.

6. The officers who arrested me never asked me my name and I never said my name. They never told me why they were arresting me even though I asked. They put me in their car and started driving. I also think they might have been looking for someone else with a similar car. From what I could understand and see from their body language, it seemed like they realized I was the wrong person. They had been talking over the radio, but they got a call, and it seemed like they were told they didn't need to arrest me. I heard them talking about Ford F150's, which I drive, and it was like they were looking for a different Ford and I saw a photo of a license plate. The officers looked at each other and laughed, shrugged, and kept driving.

7. As we drove, I could see that they were running license plates. I couldn't understand what they were saying, but I think they were just stopping people who were Latino. If they ran my

2

plate, I have my license and my insurance is paid and I didn't break any rules, so they had no reason to stop me. They stopped and arrested two more people. One of them had papers like me and was trying to tell them that, but they were very physically aggressive with him. I think one of them had special needs. The officer pinned him to the ground with her knee.

8.  They drove the three of us to a bus that was hidden waiting. There were two more ICE officers there. The bus had other people on it, and ICE was waiting to fill up the bus. Some of them had been arrested around 5am that morning and were being held on the bus with no food or water. They were waiting to fill up the bus, and I was in the last group brought.

9.  I talked to the woman who had thrown my documents on the ground and told her that she had left them on the ground. She did not remember that she had done that. She went and got them from where they arrested me and brought them to the bus.

10. We left there around 10am. We were all shackled hands and feet. The bus took us to Burlington.

**Detention at the Burlington Field Office in Massachusetts**

11. In Burlington, they still never asked me any information about myself. They had my documents from the officer. We were all in a line, and they called my name. They gave me a receipt for my belongings but that was it. The officers told us not to talk in there. I asked to go to the bathroom and they told me I had to wait. I was never told why I was detained, and I still have not been told. I came in paroled with an I-94, we have applied for asylum. I have my work permit, social security card, and my drivers license. I have done everything right and I am not a criminal

12. When I got to Burlington, I told them I needed to call my family. The officers told me that I would get a call. In the over 24 hours I was there, I was never able to contact my family

3

or my attorney to tell them what had happened and where I was. I think they just told us would be able to so we would calm down.

13. They put me in a room with around 19 other men. We were given very little food and water, and we had to be wait to be given water. We could not get water ourselves.

14. I was there overnight. It was very cold. We just had those aluminum blankets and we slept on the floor. The lights were on all night. There were no windows. The room was very small for that many men, and we had to lay down up against each other. There was no room to move.

15. In Burlington, I felt from God that I should talk to people around me, and he gave me the words. I asked people if they wanted to pray. Though I was sad myself, I tried to help those around me, and as we worshipped together I felt more encouraged.

16. Around 4 or 5 in the afternoon on Sunday, the officers told us that we had to go. They took 50 of us in 5 vans, to an airport near Burlington. My hands and feet were shackled. They never told us where we were going.

17. We landed in New York, and they put us on a bus that smelled terrible, like urine. I thought I was going to vomit. We were all struggling and trying to cover our noses with our shirts so we wouldn't get sick. I was on that bus for thirty minutes.

**Detention at the Buffalo Federal Detention Facility in New York**

18. I was taken to Buffalo, New York. I asked to use a phone, and they told me I would be able to. In Buffalo, they have what we call the hielera (the freezer) because of how cold it is. In the hielera, the rooms are all cement without beds or phones or anything. I heard there was also a facility there with beds and other things, but I was never admitted into that part of it. Other people were, but I was the hielera the whole time.

4

19. I was in Buffalo for six nights. I never slept in a bed. The lights were on all night. There were no windows in our room. We could only tell the time if we managed to see it on the device used to take our temperature. I went outside one time.

20. The room I was in was freezing. They only gave us very thin blankets (could see through?). Someone tried to stop the air conditioning by putting toilet paper in the vent, but it didn't help much. We had to huddle together while sleeping to try and stay warm.

21. I was only able to shower once in Buffalo. We were in a big room of 50 and in small rooms or 17. There were seventeen of us in a room with a toilet with a sink in the basin. We all smelled bad because we weren't able to shower. We tried to clean ourselves with a wet t-shirt from the water from the toilet sink. There was no soap. I only got to brush my teeth with a toothbrush twice.

22. All we were given to drink was the little 8 ounce water bottles. We could not ask for more water. If we asked, they told us to drink from the sink in the toilet. I couldn't drink from it though. It was dirty from everyone using the bathroom there. I knew it was covered in pee and bacteria and would have had to put my mouth on it.

23. We were given very little food, and it was cold. We could not ask for more food. If we said we were hungry, they told us to drink more water.

24. I asked to use the phone, and they kept telling me that I would get a free call and a PIN to make calls, but I never got either. Other people got a free call, but I did not. I told them I had 6 kids, but that did not matter. I was so worried about my wife and kids. I could not stop thinking about them and how they were going to pay the rent and survive without me. The only thing I could do was pray for them.

25. I have had really bad headaches since getting arrested. In Buffalo, they said I had to wait until they came around asking if anyone needed to see the doctor before I could see a doctor and get pills. No one ever came.

26. I heard that they were going to send some people to Texas, and I didn't know if I was a part of that group. I was so scared they were going to deport me. Some people were able to see judges, but I did not. They told me that ICE was going to order me deported and that I would have a meeting, with them, but I never did. I tried to ask how long I would be there, but the officers there were very aggressive and racist, and would never tell me anything. I never knew how long I would be there or if they were going to transfer me. I was only told lies: that I would get a call or be taken to where there were beds.

27. I continued to talk to people there about God and told them that he was there with us. People called me Pastor and would come find me to pray with them. We prayed and sang hymns in a group. I would read from the Bible when I was able to have one.

28. I talked with my attorney for the first time on Thursday, October 2. 2025. That was the first time I had talked to someone outside of the facility in six days. She said she would call the next day. I waited all day Friday and I never got to talk to her. I was always looking for the officers to come get me, but they never did.

29. At 2am on Saturday October 5, 2025, they woke me up and shackled my hands and feet. They said we were moving us, but did not tell us where. At 6am they gave us some bread and water. Finally, around 9am they took us to a plane. On the plane we were given bread and water. People asked for more water, but they said they didn't have more. They would not tell anyone where we were being taken.

30. I heard from others that the plane was going to Louisiana. After landing in Louisiana, we were on a bus for probably three hours. There was no food or water. The bathroom on the bus was locked. People had to pee where they were sitting. We got to the detention center in Mississippi around nine or ten at night. I got some food there for the first time since the plane around midnight or 1am.

**Detention in the Adams County Correctional Facility in Mississippi**

31. When we got to Mississippi, the process to intake us took around 7 hours. They put us into rooms in groups of around twelve. There was no room to lay down, only stand or sit if you pulled your legs to your chest and made yourself really small. It was very cramped. I think I finally got into the facility around 4am. I had a headache and my eyes burned. They had kept me awake for around 26 hours. I was so tired.

32. I was hopeless when I got to my cell because I still had not been able to talk to my wife or kids. Another man in my cell let me use a minute of his phone time to call. I was able to call my wife and talk to her for a minute for the first time in over a week early on Sunday, October 5, 2025. I felt better after talking to my wife.

33. After I slept I was able to shower for the second time since I had been arrested. I have a bed for the first time since I was arrested. I have access to water now. The lights are still on, we can only dim the ones in our cell.

34. I went to the doctor when I got here to get medication to help with my headaches. The doctor told me that its just because I was thinking too much of my family. He told me I need to sleep and think less and would not give me any pain killers.

35. I have not been eating much. The food makes me feel sick.

36. I have a problem with my tonsils. They swell and it makes my throat hurt and makes me throw up. My throat hurts a lot right now and I am having a hard time talking. When I am somewhere cold in the facility, it gets worse. I threw up on Wednesday October 8th, and I almost threw up the next day. On Wednesday I asked to go to the doctor, but they have not seen me yet. I have heard sometimes it takes five days to been seen.

37. I am always thinking about my family. On Tuesday October 7, 2025, I was finally able to really call my family and talk to my wife and children. It is heartbreaking to hear how this is impacting my children. I cry when I think about it. I tell them God is with them and when they get sad to pray. I try to stay positive and trust that God is in control.

38. In Mississippi people still call me the Pastor. I have found brothers in Christ here. We have a group of people from different religions, and we get together to worship God. I pray with people to help them find relief. We sing together. I lead services and talk to the whole group about Job and Proverbs, things I think might help them get through this. Because my throat hurts, it has been hard to talk, but one of my brothers gave me a tea. We encourage each other. At night I pray on my own. I pray for my family, I pray for the people who work here. I pray for the government.

39. I do not know why this is happening to me. I have followed all the rules and have never committed any crimes. I am depressed and so worried about my family. My wife told me that my daughter's school found her crying in a corner and that my children are now getting some psychological support at school. As a father, my family is all I can think about.

Signed under the pains and penalties of perjury, this 10th of October, 2025,

  /s/ Jaime Isai Locon Cordero                                                      10/10/2025

Jaime Isai Locon Cordero                                                                  Date

9

## CERTIFICATE OF INTERPRETATION

I, <u>Mikell Abernethy</u>, am competent to translate and interpret from Spanish into English, and certify that I have read this entire document to the respondent in Spanish, and that the respondent stated that she understood the document before she signed the Sworn Statement above.

_____           _____10/10/2025_____
Mikell Abernethy                                    Date