C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAIME ISAI LOCON CORDERO<br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et al,<br><br>Respondents. | Civil Action No. 25-cv-12802-IT |

### AFFIDAVIT OF DANIEL SANTIAGO, ESQ.

I, Daniel Santiago, do hereby swear and affirm:

1. I submit this affidavit in support of Jaime Isai Locon Cordero. The following statements are based on my personal observation or knowledge, except for those statements made on information and belief, as to which I am informed and believe to be true.

2. I am a member in good standing of the Massachusetts bar. I work at the Mabel Center for Immigrant Justice with Attorney Jill Seeber.

3. On the afternoon of Sunday, September 28, 2025, I spoke to Mr. Locon Cordero's wife to learn about the circumstances of his detention. I checked the ICE detainee locator, and there was no indication of where Mr. Locon Cordero was or that he was in custody.

4. On Monday, September 29, 2025 around 9:00am, I searched his information in the ICE detainee locator again, and Mr. Locon was still not in the system. I instructed a paralegal at our office to text his wife that we still did not know where he was, but that we would let her know when we did. Just before 4:00pm, I checked the detainee locator again, and for the first time it

1

2

stated that Mr. Locon Cordero was in custody in Buffalo, New York. At 4:02pm our office informed his wife that we found out where he was.

Signed under the pains and penalties of perjury, this 10th day of October, 2025,

                                         Daniel Santiago
                                       Digitally signed by Daniel Santiago
                                       Date: 2025.10.10 14:18:44 -04'00'

                                       Daniel Santiago, Esq.