Ex. 1

**Tuesday, November 4, 2025 at 12:53:45 Eastern Standard Time**

**Subject:** Re: Activity in Case 1:25-cv-12802-IT Locon Cordero v. Hyde et al Memorandum & ORDER
**Date:** Friday, October 31, 2025 at 5:17:36 PM Eastern Daylight Time
**From:** Jill Seeber
**To:** Sauter, Mark (USAMA)

Hi Mark,

Thank you for letting me know. It would be difficult to understand their inability to comply with the judge's orders given that they are transferring people from Massachusetts within 24 hours of arrest. It seems they should be able to get him home in 72. Hopefully they can get it done, and we can update the judge on Monday.

Take care,

Jill Seeber, Esq.
Executive Director *(she/ her/ hers)*

**Mabel Center for Immigrant Justice**

200 Portland St., 5th Floor
Boston, MA 02114
www.mabelcenter.org
(617) 835. 0880

---

**From:** Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Date:** Friday, October 31, 2025 at 5:01 PM
**To:** Jill Seeber <jseeber@mabelcenter.org>
**Subject:** FW: Activity in Case 1:25-cv-12802-IT Locon Cordero v. Hyde et al Memorandum & ORDER

Jill – FYI, I have provided the order to ICE.  72 hours is logistically likely difficult to accomplish a return to D.Mass. Once I know more from ICE, I will update you as to where things stand and anticipated date of return.

Mark

Mark Sauter
U.S. Attorney's Office – Massachusetts
Assistant U.S. Attorney
Office – 617-748-3347
Cell phone – 929-409-0643
mark.sauter@usdoj.gov

---

**From:** ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>

**Sent:** Friday, October 31, 2025 4:37 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:25-cv-12802-IT Locon Cordero v. Hyde et al Memorandum & ORDER

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 10/31/2025 at 4:36 PM EDT and filed on 10/31/2025

**Case Name:**         Locon Cordero v. Hyde et al
**Case Number:**       1:25-cv-12802-IT
**Filer:**
**Document Number:** 15

**Docket Text:**
**Judge Indira Talwani: MEMORANDUM AND ORDER entered.**

**Accordingly, Petitioner's Emergency Motion for Temporary Restraining Order [Doc. No. [12]] and Amended Petition for Writ of Habeas Corpus [Doc. No. [11]] are GRANTED.**

**Respondents shall return Petitioner to the District of Massachusetts within 72 hours of the court's issuance of this Order. Upon Petitioner's arrival to Massachusetts, Respondents shall release Petitioner from custody or, in the alternative, no later than November 7, 2025, Petitioner Locon Cordero must be provided a bond hearing pursuant to 8 U.S.C. § 1226. If the immigration judge declines to conduct a bond hearing based on Matter of Yajure Hurtado, 29 I&N Dec. 216 (BIA 2025), Respondent shall so advise the court so that this court may conduct the bond hearing. Any decision by the immigration judge to retain Locon Cordero in custody following a bond hearing pursuant to 8 U.S.C. § 1226 shall set forth the reasons for the continued detention.**

**IT IS SO ORDERED. (SEC)**

**1:25-cv-12802-IT Notice has been electronically mailed to:**

Mark Sauter    mark.sauter@usdoj.gov, CaseView.ECF@usdoj.gov, USAMA.ECF@usdoj.gov, andrew.bell2@usdoj.gov

Jill Seeber    jseeber@mabelcenter.org

**1:25-cv-12802-IT Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=10/31/2025] [FileNumber=11627237-0] [a72aa53aa22df1f7c257d19cb4f0b6c1f7e173b5276237fcb37eba5c293261ada a189ff3c74189fdc953e1a9663b83504540087a6a957368075d738edbe20c19]]

Ex. 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAIME ISAI LOCON CORDERO<br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et al,<br><br>Respondents. | Civil Action No. 25-cv-12802-IT |

### AFFIDAVIT OF MIKELL ABERNETHY, ESQ.

I, Mikell Abernethy, do hereby swear and affirm:

1. I submit this affidavit in support of Jaime Isai Locon Cordero. The following statements are based on my personal observation or knowledge, except for those statements made on information and belief, as to which I am informed and believe to be true.

2. I am a member in good standing of the Massachusetts bar and immigration co-counsel for Jaime Isai Locon Cordero. Mr. Locon was detained by Immigration and Customs Enforcement – Enforcement and Removal Operations while driving to work on Saturday, September 27, 2025.

3. Portions of this affidavit conveying factual information I learned from communications with my client; no attorney-client protected legal advice is being disclosed.

4. At 6:33pm on November 3, 2025, I received notification from ICE ERO Efile that Mr. Locon was moved to Ohio.

5. At 3:36am on November 4, 2025, I received a message from Mr. Locon's wife that he had just called her brother, and that he was in Louisiana.

1

6.     I checked ICE ERO Efile website at 10:11am on November 4th, 2025, and the most recent update was still that he was in Ohio.

7.     I checked the ICE Detainee Locator at 10:18am, which had no location and instructed to call ICE.

8.     At 10:24am I called the Burlington Field Office and was told that their system was not showing his current location, he had probably been moved, and that the ICE Detainee Locator might not show his location for one to three days.

9.     At 11:16am on November 4, 2025, Mr. Locon's wife advised me that she had received a call with a message from Mr. Locon that he was in Louisiana (through another man who told his mom who called her). I affirmed the information was current to the best of her knowledge: Mr. Locon's wife stated that he had just asked them to tell her that.

Signed under the pains and penalties of perjury, this 4th day of November, 2025,

_____
Mikell Nicole Abernethy

Ex. 3



Ex. 4

 Official Website of the Department of Homeland Security



Report Cri

# Search Results: 1

**JAIME ISAI LOCON CORDERO**
**Country of Birth :** Guatemala
**A-Number:** 244288417
**Status :** In ICE Custody
**Current Detention Facility**: Call ICE For Details

*\* Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

## Related Information

### Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

### External Links

Privacy - Terms

Bureau of Prisons Inmate Locator



DHS.govUSA.govOIGOpenFOIAMetrics  No    Site    Site
                        Gov         Fear  Map   Policies
                                    Act         & Plug-
                                                Ins

# Ex. 5

**Tuesday, November 4, 2025 at 12:40:17 PM Eastern Standard Time**

**Subject:** RE: Jaime
**Date:** Tuesday, November 4, 2025 at 12:27:14 PM Eastern Standard Time
**From:** Sauter, Mark (USAMA)
**To:** Jill Seeber

Jill – OPLA also informs me that the bond hearing should continue as scheduled for 11/6 and that it will be conducted remotely by the Chelmsford Immigration Court.

Mark

Mark Sauter
U.S. Attorney's Office – Massachusetts
Assistant U.S. Attorney
Office – 617-748-3347
Cell phone – 929-409-0643
mark.sauter@usdoj.gov

**From:** Jill Seeber <jseeber@mabelcenter.org>
**Sent:** Tuesday, November 4, 2025 12:07 PM
**To:** Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** [EXTERNAL] Re: Jaime

Thank you Mark for letting me know. We firmly believe that ICE is capable of complying with the judge's order and plan to file a Motion to Enforce.

Sincerely,

Jill Seeber, Esq.
Executive Director *(she/ her/ hers)*

**Mabel Center for Immigrant Justice**
200 Portland St., 5th Floor
Boston, MA 02114
www.mabelcenter.org
(617) 835. 0880

**From:** Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Date:** Tuesday, November 4, 2025 at 11:23 AM
**To:** Jill Seeber <jseeber@mabelcenter.org>
**Subject:** RE: Jaime

Hi Jill – the word from ICE this morning is that the flight that was supposed to take him from

Alexandria, LA to Ohio on November 3 (prior to his flight to Mass. this morning) was cancelled due to weather delays and then FAA rules concerning pilot hours. The new itinerary has him returning to Mass. on November 7.  He is in custody at the Alexandria Staging Facility.  I will be filing notice w/ the court as soon as I have a signed declaration from ICE.  I've also asked them to reschedule his bond hearing.

Mark

Mark Sauter
U.S. Attorney's Office – Massachusetts
Assistant U.S. Attorney
Office – 617-748-3347
Cell phone – 929-409-0643
mark.sauter@usdoj.gov

---

**From:** Jill Seeber <jseeber@mabelcenter.org>
**Sent:** Tuesday, November 4, 2025 11:19 AM
**To:** Sauter, Mark (USAMA) <Mark.Sauter@usdoj.gov>
**Subject:** [EXTERNAL] Jaime

Hi Mark,

I wanted to see if you knew where Jaime was. He isn't in MA.

Thanks,
Jill

Jill Seeber, Esq.
Executive Director (she/ her/ hers)


**Mabel Center for Immigrant Justice**
200 Portland St., 5th Floor
Boston, MA 02114
www.mabelcenter.org

(617) 835. 0880