UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAIME ISAO LOCON CORDERO,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et al.,<br><br>Respondents. | Civil Action No. 1: 25-cv-12802-IT |

**STATUS REPORT AND REQUEST FOR EXTENSION OF TIME**

Respondents, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully submit this Status Report to inform the Court about the status of Petitioner's return to the District of Massachusetts and the scheduling of a bond hearing. Doc. No. 15. Respondents also ask this Court to extend the time for U.S. Immigration and Customs Enforcement ("ICE") to complete its return of Petitioner to the District of Massachusetts until November 7, 2025.

On October 31, 2025 at 4:36 PM, this Court issued a Memorandum and Order granting Petitioner's Emergency Motion for Temporary Restraining Order and Amended Petition for Writ of Habeas Corpus. Doc. No. 15. The Court ordered that ICE "shall return Petitioner to the District of Massachusetts within 72 hours of the court's issuance of this Order." *Id.* at 11. On November 3, 2025, Respondents asked this Court to extend its deadline for ICE's return of Petitioner to November 4, 2025 as Petitioner was manifested on a flight scheduled to arrive in Massachusetts on the morning of November 4. Doc. No. 16. The Court allowed this request. Doc. No. 17.

The undersigned was informed by ICE that Petitioner was not returned to Massachusetts on November 4, 2025. According to the declaration attached from ICE Supervisory Detention and

Deportation Officer ("SDDO") Sarah Lapointe, Petitioner was transferred from the Adams County Correctional Center to the Alexandria International Airport in Alexandria, Louisiana on November 3, 2025. Exhibit A, ¶ 11. This transfer was in anticipation of a flight scheduled from Alexandria International Airport on an ICE contracted aircraft scheduled to arrive at the Youngstown-Warran Regional Airport in Vienna, Ohio on November 3. *Id.*, ¶ 9. Petitioner was then scheduled on a flight from the Youngstown-Warran Regional Airport to Hanscom Field Airport in Bedford, Massachusetts on November 4, 2025. *Id.*, ¶ 10.

However, the incoming flight to Alexandria International Airport on November 3 experienced multiple delays. *Id.*, ¶ 11. Thereafter, due to strict Federal Aviation Administration rules, the flight scheduled to depart the Alexandria International Airport and arrive to the Youngstown-Warren Regional Airport was canceled. *Id.* After the flight was canceled, ICE transferred Petitioner to the Alexandria Staging Facility in Alexandria, Louisiana, where he remains detained. *Id.*, ¶ 12.

On or about November 4, 2025, ICE made new travel arrangements to facilitate Petitioner's transfer to Massachusetts pursuant to this Court's order. *Id.*, ¶ 13. Petitioner is scheduled to arrive in Massachusetts on November 7, 2025. *Id.*, ¶ 15.

Petitioner remains scheduled to appear virtually before the Chelmsford Immigration Court in Chelmsford, Massachusetts on November 6, 2025 for a Bond Redetermination Hearing. *Id.*, ¶ 14.

In light of the above information, Respondents respectfully request an extension of time to comply with the Court's order—specifically, Respondents request that the Court allow them up to

and including Friday, November 7, 2025 to complete its return of Petitioner to the District of Massachusetts.[1]

                                                    Respectfully submitted,

                                                    LEAH B. FOLEY
                                                    United States Attorney

Dated: November 4, 2025            By:    */s/ Mark Sauter*
                                                    Mark Sauter
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    1 Courthouse Way, Suite 9200
                                                    Boston, MA 02210
                                                    Tel.: 617-748-3347
                                                    Email: mark.sauter@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 4, 2025            By:    */s/ Mark Sauter*
                                                    Mark Sauter
                                                    Assistant United States Attorney

---

[1] The undersigned provided the anticipated date and time of Petitioner's return to Petitioner's counsel and asked Petitioner's counsel as to her position as to the Request for Extension of Time sought in this filing. Petitioner's counsel informed the undersigned that Petitioner opposes the Request.