UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAIME ISAO LOCON CORDERO, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:25-cv-12802-IT |
| PATRICIA HYDE, et al., | * | |
| | * | |
| Respondents. | * | |
| | * | |
| | * | |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 21] granting Petitioner Jaime Isai Locon Cordero's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering Petitioner's release from custody, and Respondents' Status Report [Doc. No. 26] indicating Petitioner was released on November 5, 2025, this action is CLOSED.

IT IS SO ORDERED.

January 26, 2026                                        /s/ Indira Talwani
                                                       United States District Judge